WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtor and Debtor in Possession
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Brian S. Rosen, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
::
In re: : Chapter 11
:
**THE NEW YORK RACING ASSOCIATION INC.,** : Case No. 06-12618 (JMP)
:
**Debtor.** :
:
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 28, 2008, AT 2:00 P.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, **Courtroom 701**,
One Bowling Green, New York, NY 10004-1408.

**I.    UNCONTESTED MATTERS**

1. Sixth Motion of The New York Racing Association Inc. for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending Exclusive Periods for the Filing of a Chapter 11 Plan and the Right to Solicit Acceptances Thereof **[Docket #981]**

    Response Deadline:    April 25, 2008 at 12:00 p.m.

    Response(s) Received:  None.

    Additional Document(s):

    A.    Order to Show Cause to Consider the Sixth Motion of The New York Racing Association Inc. for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending Exclusive Periods for the Filing of a Chapter 11 Plan and the Right to Solicit Acceptances Thereto **[Docket #982]**

    Responsible Counsel:  Weil, Gotshal & Manges LLP

    Estimated Amount of Time:  5 minutes

Status:  This matter is going forward.

## II. CONTESTED MATTERS

1. Confirmation of Modified Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #992]**

   Response Deadline:  December 21, 2007 at 4:00 p.m.

   Response(s) Received:

   A. Objection of the United States Of America to Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #783]**

   B. Limited Objection of the Official Committee of Unsecured Creditors to Confirmation of Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #792]**

   C. Objection to Confirmation of Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code filed by Local Union No. 3, International Brotherhood of Electrical Workers **[Docket #795]**

   D. Plainfield Special Situations Master Fund Limited's (A) Objection to Confirmation of Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code and (B) Supplemental Objection to The New York Racing Association Inc.'s Third Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending Exclusive Periods for the Filing of a Chapter 11 Plan and the Right to Solicit Acceptances Thereof **[Docket #797]**

   E. Objection of the Pension Benefit Guaranty Corporation to the Confirmation of the Third Amended Plan of Reorganization for Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #798]**

   F. Supplemental Objection Of the Pension Benefit Guaranty Corporation to Confirmation Of the Third Amended Plan of Reorganization for Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #827]**

   Additional Document(s):

   A. Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #698]**

   B. Disclosure Statement for the Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #699]**

C. Order Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 2002, 3003, 3017, 3018 and 3020, (I) Approving Disclosure Statement for Plan of Reorganization, (II) Setting a Record Date for Voting Purposes, (III) Approving Solicitation Packages and Procedures for Distribution Thereof, (IV) Approving Forms of Ballots and Establishing Procedures for Tabulation of Votes on Plan of Reorganization, and (V) Scheduling a Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of the Plan of Reorganization **[Docket #700]**

D. Notice of Filing of Plan Supplement in Connection with Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #762]**

E. Affidavit of Scott W. Winn in Support of Confirmation of Modified Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #993]**

F. Affidavit of James P. Heffernan in Support of Confirmation of Modified Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code **[Docket #994]**

G. Affidavit of Jeffrey S. Stein Certifying the Methodology for the Tabulation of Votes and Results of Voting with Respect to the Third Amended Plan of Debtor Pursuant to Chapter 11 of the Untied States Bankruptcy Code **[Docket #995]**

H. Notice of Proposed Boards of Directors **[Docket #996]**

I. Affidavits of Publication of Notice of (i) Approval of Disclosure Statement, (ii) Record Date, (iii) Hearing on Confirmation of Plan and Procedures for Objecting to Confirmation of Plan, and (iv) Procedures and Deadlines for Voting on the Plan **[Docket #997]**

J. Memorandum of Law in Support of Confirmation of Debtor's Modified Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Unites States Bankruptcy Code **[Docket #1002]**

K. Notice to Secured Creditors Pursuant to Modified Third Amended Plan of Debtor Pursuant to Chapter 11 of the United Stated Bankruptcy Code **[Docket #1003]**

Responsible Counsel:  Weil, Gotshal & Manges LLP

Estimated Amount of Time:  45 minutes

Status:  This matter is going forward.

**III. ADJOURNED MATTERS**

1.  Motion for Entry of Order Extending Claims Bar Date to Permit Late Filing of Proof of Claim and for Relief from Automatic Stay **[Docket #823]**

    Additional Documents:

    A.  Amended Notice of Hearing for Entry of Order Extending Claims Bar Date to Permit Late Filing of Proof of Claim and for Relief from Automatic Stay **[Docket #825]**

    B.  Notice of Adjournment of Hearings to Consider Lift Stay Motions Scheduled for February 14, 2008 to March 19, 2008 **[Docket #886]**

    C.  Notice of Adjournment of Hearings Scheduled for March 19, 2008 **[Docket #964]**

    D.  Notice of Adjournment of Hearings Scheduled for April 16, 2008 **[Docket #986]**

    F.  Notice of Adjournment of Hearings to Consider Claim 482 and Motion of Laura Burch, Scheduled for April 28, 2008 **[Docket #1001]**

    Responsible Counsel: Weil, Gotshal & Manges LLP

    Status: This matter is adjourned to May 14, 2008 at 10:00 a.m.

2.  Debtor's First Omnibus Objection to Proofs of Claim With Respect to Proof of Claim Number 482, Filed by the Department of Finance of the City of New York **[Docket #555]**

    Response Deadline: November 9, 2007 at 5:00 p.m.

    Response(s) Received:

    A.  Opposition to Debtor's First Omnibus Objection to Proofs of Claim filed by the Department of Finance of the City of New York **[Docket #600]**

    B.  Reply of The New York Racing Association Inc. in Further Support of Debtor's First Omnibus Objection to Proofs of Claim with Respect to Claim 482 **[Docket # 892]**

    C.  Response of the City of New York to Debtor's Objection to Claim #482 for Payment of the City's General Corporation Tax **[Docket # 901]**

Additional Documents:

A. Notice of Adjournment of Hearing to Consider Debtor's First Omnibus Objection to Proofs of Claim, Scheduled for December 20, 2007, to January 23, 2008 **[Docket # 774]**

B. Notice of Adjournment of Hearing to Consider Debtor's First Omnibus Objection to Proofs of Claim, Scheduled for January 23, 2008, to February 14, 2008 **[Docket # 858]**

C. Notice of Adjournment of Hearings Scheduled for March 19, 2008 **[Docket #964]**

D. Notice of Adjournment of Hearings Scheduled for April 16, 2008 **[Docket #986]**

F. Notice of Adjournment of Hearings to Consider Claim 482 and Motion of Laura Burch, Scheduled for April 28, 2008 **[Docket #1001]**

Responsible Counsel: Weil, Gotshal & Manges LLP

Status: This matter is adjourned to May 14, 2008 at 10:00 a.m.

Dated: New York, New York
April 25, 2008

/s/ Brian S. Rosen
Brian S. Rosen, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor and
 Debtor In Possession