WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtor and Debtor in Possession
767 Fifth Avenue
New York, New York  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Brian S. Rosen, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                    :
**In re:**                                          :          **Chapter 11**
                                                    :
**THE NEW YORK RACING ASSOCIATION INC.,**           :          **Case No. 06-12618 (JMP)**
                                                    :
                    **Debtor.**                     :
                                                    :
------------------------------------------------------------------------x

**NOTICE OF FILING OF COMPARISON IN CONNECTION**
**WITH MODIFIED THIRD AMENDED PLAN OF DEBTOR**
**PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

        PLEASE TAKE NOTICE that the document annexed hereto as Exhibit A compares (a) the Modified Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code, dated April 27, 2008, to (b) the Modified Third Amended Plan of Debtor Pursuant to Chapter 11 of the United States Bankruptcy Code, dated April 18, 2008.

Dated:  New York, New York
        April 27, 2007

                                    /s/ Brian S. Rosen
                                   Brian S. Rosen, Esq.
                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York  10153-0119
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for the Debtor and
                                    Debtor In Possession

**<u>EXHIBIT A</u>**